**Fees**

| Client | Trans Date | Tmkr | H P | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| 3584.001 | 09/23/2015 | 12 | P | 260.00 | 0.80 | 208.00 | Telephone conference with W. Romain regarding bankruptcy. Romaine/William J. Bankruptcy |
| 3584.001 | 10/20/2016 | 12 | P | 260.00 | 1.60 | 416.00 | Conference with W. Romaine regarding chapter 13 bankruptcy (.9); analyze tax and secured creditor issues(.5); review litigation docket(.2). Romaine/William J. Bankruptcy |
| 3584.001 | 10/21/2016 | 12 | P | 260.00 | 0.70 | 182.00 | Additional review of litigation complaints and related plans issues. Romaine/William J. Bankruptcy |
| 3584.001 | 11/23/2016 | 12 | P | 260.00 | 1.20 | 312.00 | Conference with W. Romaine regarding bankruptcy filing (.9); review client documents (.3). Romaine/William J. Bankruptcy |
| 3584.001 | 12/05/2016 | 12 | P | 260.00 | 3.80 | 988.00 | Analyze client bankruptcy packet (.8); review client documents (.6); edit petition and schedules (1.3); analyze available exemptions (.5); prepare draft of bankruptcy plan (.6). Romaine/William J. Bankruptcy |
| 3584.001 | 12/06/2016 | 12 | P | 260.00 | 1.50 | 390.00 | Continue work on bankruptcy schedules and plan. Romaine/William J. Bankruptcy |
| 3584.001 | 12/12/2016 | 12 | P | 260.00 | 2.10 | 546.00 | Conference with W. Romaine regarding bankruptcy schedules and plan (1.5); work on schedules and plan (.6). Romaine/William J. Bankruptcy |
| 3584.001 | 12/28/2016 | 12 | P | 260.00 | 1.10 | 286.00 | Edit bankruptcy petition and schedules (.7); review bankruptcy plan feasibility (.3); emails with W. Romaine regarding signing and filing (.1). Romaine/William J. Bankruptcy |
| 3584.001 | 01/12/2017 | 12 | P | 275.00 | 0.20 | 55.00 | Telephone call with W. Romaine regarding signing appointment. Romaine/William J. Bankruptcy |
| 3584.001 | 01/16/2017 | 12 | P | 275.00 | 0.20 | 55.00 | Telephone call with W. Romaine regarding signing. Romaine/William J. Bankruptcy |
| 3584.001 | 01/24/2017 | 12 | P | 275.00 | 2.70 | 742.50 | Edit schedules (.5); conference with client regarding signing petition and schedules (1.5); final document review and filing (.7). Romaine/William J. Bankruptcy |
| 3584.001 | 01/27/2017 | 12 | P | 275.00 | 0.40 | 110.00 | Prepare letter to client regarding initial case filing documents. Romaine/William J. Bankruptcy |
| 3584.001 | 02/09/2017 | 12 | P | 275.00 | 0.40 | 110.00 | Telephone conference with IRS; analyze schedules and impact of secured claim on plan. Romaine/William J. Bankruptcy |
| 3584.001 | 02/17/2017 | 12 | P | 275.00 | 0.50 | 137.50 | Telephone conference with W. Romaine regarding 341 issues; edit schedules. Romaine/William J. Bankruptcy |
| 3584.001 | 02/20/2017 | 12 | P | 275.00 | 0.80 | 220.00 | Prepare for 341 meeting. Romaine/William J. Bankruptcy |
| 3584.001 | 02/21/2017 | 12 | P | 275.00 | 0.90 | 247.50 | Prepare for and attendance at 341 meeting. Romaine/William J. Bankruptcy |
| 3584.001 | 02/22/2017 | 12 | P | 275.00 | 0.50 | 137.50 | Further analysis regarding potential secured claims. Romaine/William J. Bankruptcy |
| 3584.001 | 02/23/2017 | 12 | P | 275.00 | 0.90 | 247.50 | Review trustee objection (.2); analyze BIN calculation discrepancies (.2); telephone call with IRS regarding secured claim treatment (.5). Romaine/William J. Bankruptcy |
| 3584.001 | 03/08/2017 | 12 | P | 275.00 | 0.50 | 137.50 | Telephone conference with W. Romaine regarding amended schedules and signatures. Romaine/William J. Bankruptcy |
| 3584.001 | 03/09/2017 | 12 | P | 275.00 | 0.50 | 137.50 | Work on amended plan. Romaine/William J. Bankruptcy |
| 3584.001 | 03/09/2017 | 15 | P | 150.00 | 0.50 | 75.00 | Revise proposed modified plan; email same to T. Sexton. Romaine/William J. Bankruptcy |
| 3584.001 | 03/10/2017 | 12 | P | 275.00 | 0.40 | 110.00 | Emails with trustee regarding amended plan issues. Romaine/William J. Bankruptcy |
| 3584.001 | 03/15/2017 | 12 | P | 275.00 | 0.20 | 55.00 | Telephone call with Department of Revenue regarding interest amounts. |

| | Client | Trans Date | Tmkr | H P | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 03/16/2017 | 12 | P | 275.00 | 0.60 | 165.00 | Attend confirmation hearing |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 03/23/2017 | 15 | P | 150.00 | 1.00 | 150.00 | Telephone conference with court regarding confirmation hearing and amended plan filing (0.2); prepare, finalize and serve amended plan on all parties (0.8). |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| **Total for Fees** | | | | | Billable | 24.00 | 6,220.50 | |
| **Expenses** | | | | | | | | |
| | 3584.001 | 01/24/2017 | 12 | P | | | 310.00 | United States Bankruptcy Court; filing fee |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 01/31/2017 | 12 | P | | | 9.43 | Postage |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 02/28/2017 | 12 | P | | | 4.06 | Postage |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 03/09/2017 | 12 | P | | | 31.00 | United States Bankruptcy Court; filing fee |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| | 3584.001 | 03/31/2017 | 12 | P | | | 21.16 | Postage |
| | | | | | | | | Romaine/William J. |
| | | | | | | | | Bankruptcy |
| **Total for Expenses** | | | | | Billable | 0.00 | 375.65 | |
| | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 24.00 | 6,596.15 | |

$1,796.15 - Courtesy Discount
$4,800 - Total

Timekeepers:
12: Troy G. Sexton, OSB #115184
15: Christopher Sturgeon, Bankruptcy Paralegal