Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 17-30204-dwh13 |
|---|---|
| William John Romaine | ORDER ALLOWING CLAIMS NO. 17 AND 18 |
| Debtor | |

THIS MATTER came before the Court on the Debtor's Motion for Order for Allowance and Future Payment on Untimely Filed Claim(s); and Order and Notice Thereon [Docket 34]. Debtor appeared by and through his attorney Troy G. Sexton of Motschenbacher & Blattner LLP, and the Chapter 13 Trustee appeared by and through his attorney Jordan Hantman. The Court having reviewed the pleadings, having heard the arguments of the parties, and otherwise being duly advised in the premises as follows; now, therefore,

/ / / / /

/ / / / /

/ / / / /

PAGE 1 – ORDER ALLOWING CLAIMS NO. 17 AND 18

IT IS HEREBY ORDERED as follows:

1. Claim No. 17 is allowed as a secured claim in the amount of $1,185.00.

2. Claim No. 18 is allowed as a secured claim in the amount of $200.00

# # #

Presented By:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton
117 SW Taylor St. Suite 300
Portland, OR 97204
503-679-9842
tsexton@portlaw.com
Attorneys for Debtor