IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The court will prepare a Notice of Hearing on the application and deliver it to the applicant for service per this order.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) serve a copy of the Notice of Hearing, and copies of the other documents on the entities and as specified in the Certificate of Service below; AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

**The court further ORDERS that any objection to the application below must be filed and served within 21 days after mailing of the application and notice of hearing to all creditors. If there is no timely objection--and if applicant consents to the court's reduction of the application amount by $157.50 for reasons explained in a separate letter--applicant may so inform the court, lodge an order reflecting that reduction, and the court will terminate the hearing.**

                                                      /s/ David W. Hercher
                                                      DAVID W. HERCHER
                                                      U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. _____ |
| ) | |
| ) | [ONLY FOR CHAPTER 13 CASES] |
| ) | APPLICATION BY DEBTOR'S ATTORNEY |
| ) | FOR SUPPLEMENTAL COMPENSATION; |
| Debtor(s) ) | AND ORDER AND NOTICE THEREON |

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

3.  My Disclosure of Compensation shows the debtor(s) and I agreed to:
 ___ Schedule 2   ___ Schedule 3.

4.  My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5.  Allowance of this application will (mark all that apply):
 __ not affect the distribution to creditors.
 __ not change the length of the plan which is estimated at _____ months.
 __ change the length of the plan from an estimated _____ months to an estimated _____ months.
 __ delay the distribution to creditors by approximately _____ months.
 __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
 __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
 __ other: _____
 _____.

6.  Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7.  Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:


DATE: _____                             _____
                                             Debtor's Attorney


***STOP:*** **<u>BEFORE</u> SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

_____
Signature & Relation to Applicant

| Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Fees** | | | | | | |
| 3584.001 | 05/09/2017 | TGS | 315.00 | 0.30 | 94.50 | Telephone conference with W. Romaine regarding tax returns. |
| 3584.001 | 08/08/2017 | TGS | 315.00 | 0.50 | 157.50 | Prepare motion to allow late claim (No Charge). |
| 3584.001 | 08/08/2017 | TGS | 315.00 | 0.50 | 157.50 | Prepare proofs of claim for Ainsworth and Verizon. |
| 3584.001 | 08/08/2017 | DPT | 150.00 | 0.50 | 75.00 | Edit, finalize and file Motion to Allow Late Claim. |
| 3584.001 | 08/22/2017 | TGS | 315.00 | 0.80 | 252.00 | Conference with W. Romaine regarding payoff information, case status, and secured claim issue. |
| 3584.001 | 09/13/2017 | TGS | 315.00 | 0.70 | 220.50 | Attend hearing regarding late claims. (No Charge). |
| 3584.001 | 11/09/2017 | TGS | 315.00 | 1.50 | 472.50 | Conference with W. Romaine regarding house sale issues, plan mechanics and projected plan payoff amounts. |
| 3584.001 | 03/12/2018 | TGS | 315.00 | 0.70 | 220.50 | Conference with W. Romaine regarding bankruptcy case status and changes to plan. |
| 3584.001 | 07/23/2018 | TGS | 315.00 | 0.30 | 94.50 | Telephone conference with W. Romaine; analyze payoff issues. |
| 3584.001 | 07/27/2018 | TGS | 315.00 | 0.30 | 94.50 | Telephone conference with W. Remain regarding house sale and case payoff issues. |
| 3584.001 | 08/06/2018 | TGS | 315.00 | 0.40 | 126.00 | Telephone conference with W. Romain regarding house sale. |
| 3584.001 | 08/07/2018 | TGS | 315.00 | 0.30 | 94.50 | Emails with trustee regarding payoff calculation and necessary outstanding items; emails with escrow regarding same. |
| 3584.001 | 08/18/2018 | TGS | 315.00 | 0.50 | 157.50 | Review IRS payoff analysis; emails with title company regarding closing details. |
| 3584.001 | 08/20/2018 | TGS | 315.00 | 1.80 | 567.00 | Review preliminary title report and seller's statement; review previous filings regarding Oregon homeowners assistance lien; telephone conference with W. Romaine regarding same; emails with trustee regarding lien and payoff issues. |
| 3584.001 | 08/21/2018 | TGS | 315.00 | 0.30 | 94.50 | Emails with title company and trustee regarding closing statement and related payoff issues. |

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| **Total for Fees** | | | Billable | 8.70 | 2,658.00 |
| | | | Non-billable | 0.70 | 220.50 |
| | | | Total | 9.40 | 2,878.50 |

| Client | Trans Date | Tmkr | | | Amount | |
|---|---|---|---|---|---|---|
| **Expenses** | | | | | | |
| 3584.001 | 04/30/2017 | TGS | | | 7.20 | Postage |
| 3584.001 | 09/30/2017 | TGS | | | 30.94 | Postage |

| | | | | | |
|---|---|---|---|---|---|
| **Total for Expenses** | | | Billable | 0.00 | 38.14 |

| **GRAND TOTALS** | | | | | |
|---|---|---|---|---|---|
| | | | Billable | 8.70 | 2,696.14 |
| | | | Non-billable | 0.70 | 220.50 |
| | | | Total | 9.40 | 2,916.64 |