

**DAVID W. HERCHER**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

COLLIN M. COLE
LAW CLERK

DORIA D. ARNTSEN
JUDICIAL ASSISTANT

November 1, 2018

Troy Sexton
Via ECF only

Subject:  17-30204-dwh13
          William John Romaine

Mr. Sexton:

I write regarding your Application by Debtor's Attorney for Supplemental Compensation; and Order and Notice Thereon [43]. The second entry from the top of the itemization attached to the application reads "Prepare motion to allow late claim (No Charge)," but the application shows a charge for that entry of $157.50. The later $220.50 reduction for nonbillable entries matches the amount of a different time entry for $220.50, but not the $157.50 entry.

As I noted in the signing language on the application, a hearing has been set on the application. If there is no timely objection—and if you consent to my reduction of the application amount by $157.50—you may so inform my courtroom deputy and lodge an order reflecting that reduction, and I will terminate the hearing. If you wish to contest the reduction, please be prepared to address it at the hearing.

Sincerely,

*David W. Hercher*

DAVID W. HERCHER
Bankruptcy Judge