IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The court will prepare a Notice of Hearing on the application and deliver it to the applicant for service per this order.

    (b) The applicant must comply with all provisions in the court's Notice to Serve Document(s), and must BOTH (1) serve a copy of the Notice of Hearing, and copies of the other documents on the entities and as specified in the Certificate of Service below; AND (2) FILE a completed Certificate of Service using a copy of this document (WITHOUT any attachments).

**The court further ORDERS that any objection to the application below must be filed and served within 21 days after mailing of the application and notice of hearing to all creditors. If there is no timely objection--and if applicant consents to the court's reduction of the application amount by $157.50 for reasons explained in a separate letter--applicant may so inform the court, lodge an order reflecting that reduction, and the court will terminate the hearing.**

                                                    _David W. Hercher_
                                                    DAVID W. HERCHER
                                                    U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re                                           )
                                             ) Case No. __17-30204-dwh13__

**William John Romaine**               )
                                             ) [ONLY FOR CHAPTER 13 CASES]
                                             ) APPLICATION BY DEBTOR'S ATTORNEY
                                             ) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s)                              ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are __117 SW Taylor St, Ste 300 Portland, Oregon 97204, 503-417-0500__, apply for additional compensation from the debtor's estate for the period from __05/09/17__ to __10/11/18__ in the sum of $__3,696.14__ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $__1,000__ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**) ☒ IS ☐ IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $__3810__. If granted, the total approved compensation amount will be $__7,506.14__.

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   [X] Schedule 2   [ ] Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on __01/24/17__, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   [X] not affect the distribution to creditors.
   [X] not change the length of the plan which is estimated at __20__ months.
   [ ] change the length of the plan from an estimated _____ months to an estimated _____ months.
   [ ] delay the distribution to creditors by approximately _____ months.
   [ ] reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
   [ ] require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   [X] other: **Plan pays 100%, trustee has funds on hand to pay all claims and fees.**
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: __10/26/18__                                      /s/ Troy G. Sexton
                                                        Debtor's Attorney

***STOP:* BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

### CERTIFICATE OF SERVICE

I certify that on __11/7/18__ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                            Troy G. Sexton   Debtor's Attorney
                                            Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**